FLORENCE ADELE VANDERBILT TWOMBLEY, PLAINTIFF IN ERROR, v. MORRIS RAILROAD COMPANY, DEFENDANT IN ERROR.

Argued November 25, 1912—Decided April 24, 1913.

On error to the Supreme Court, whose opinion is reported in 54 *Vroom* 214.

For the appellant, *Lindabury, Depue & Faulks.*

For the respondent, *Elmer King* and *Alan H. Strong.*

PER CURIAM.

The judgment in this case is affirmed, for the reasons stated in the opinion in *Sisters of Charity* v. *Morris Railroad Co., ante p.* 310.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, MINTURN, BOGERT, VREDENBURGH, CONGDON, JJ. 8.

*For reversal*—WHITE, J. 1.